UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOFFER R., | Civil No. 3:20-CV-05526-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REMANDED to the Commissioner of Social Security for a new hearing and decision by an administrative law judge (ALJ).

On remand, the ALJ will update the record and issue a new decision; re-assess the claimant's residual functional capacity and the medical opinions in light of the updated record, continue with the sequential evaluation, and, as necessary, call a vocational expert (VE) while ensuring to resolve any apparent conflicts between VE testimony and the *Dictionary of Occupational Titles* (DOT).

Page 1      ORDER - [3:20-CV-05526-MAT]

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 25th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2274
Fax:  (206) 615-2531
jacob.phillips@ssa.gov